UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tyrone Ransom, | ) | C/A No. 6:12-3141-JFA-KFM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| Lt. Lawrence, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff, Tyrone Ransom, brings this action pursuant to 42 U.S.C. § 1983 contending that the defendants violated his Fourth Amendment rights when they failed to protect him from another inmate who stabbed him.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he suggests that the plaintiff's motion for default judgment and to strike the defendants' motion for summary judgment should be denied because the defendants were granted an extension to file their dispositive motion and it was filed by that deadline.

The plaintiff was advised of his right to file objections to the Report and

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

Recommendation, which was entered on the docket on March 5, 2013. The plaintiff, however, did not file any objections to the Report within the time limits prescribed. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference.

Accordingly, plaintiff's motions for default judgment (ECF No. 30) and to strike (ECF No. 31) are denied. The Clerk shall return this file to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

April 9, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge